ACCEPTED
14-14-00927-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 12:28:56 PM
CHRISTOPHER PRINE
CLERK

# PIERCE & O'NEILL, LLP
## ATTORNEYS AT LAW
### A LIMITED LIABILITY PARTNERSHIP
### INCLUDING PROFESSIONAL CORPORATIONS

**4203 MONTROSE BOULEVARD**
**HOUSTON, TEXAS 77006**
**TELEPHONE (713) 634-3600**
**FACSIMILE (713) 634-3601**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/21/2015 12:28:56 PM

CHRISTOPHER A. PRINE
Clerk

**JOHN C. SCHWAMBACH, JR.**
WRITER'S DIRECT LINE (713) 634-3607
JSCHWAMBACH@PIERCEONEILL.COM

October 21, 2015

Mr. Christopher A. Prine, Clerk                    *Via Electronic Filing*
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

RE:     Court of Appeals Number: 14-14-00927-CV
        Trial Court Case Number: 2010-31214

        *Ulrika Bjorkstam and Joseph Daniel Dray v. Woodward, Inc.*

Dear Mr. Prine:

Pursuant to your August 26, 2015 letter setting oral argument on Thursday, October 29, 2015, at 1:30 p.m., before Justices Jamison, McCally, and Wise, I hereby notify the Court that I will present oral argument on behalf of Appellants Ulrika Bjorkstam and Joseph Daniel Dray.

Very truly yours,

*/s/ John C. Schwambach, Jr.*

John C. Schwambach, Jr.

cc:     All Counsel of Record (Via E-service)

914745.1